EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
REBECCA L. BACH, State Bar No. 196635
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 Email: Rebecca.Bach@doj.ca.gov

Attorneys for Defendants Flint, Till, and Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY WATTS,**<br><br>                                    Plaintiff,<br><br>      v.<br><br>**R. MOORE, et al.,**<br><br>                                    Defendants. | 2:07-cv-02783-FCD-GGH<br><br>**STIPULATION TO REQUEST COURT TO REFER CASE TO PRO SE MEDIATION PROGRAM; ORDER** |

TO THE COURT IN THE ABOVE-CAPTIONED ACTION:

On October 23, 2008, defense counsel and Plaintiff had a meeting at which time the parties agreed to request the Court to refer this case to the Prisoner Pro Se Mediation Program with Magistrate Judge Vadas or Magistrate Judge Kellison in order to explore a possible settlement of this case. The parties also agreed that should this case be referred to the pro se mediation program and the mediation is unsuccessful, the parties will still maintain all their litigation rights, including taking the case to trial.

Stipulation to Refer Case to Pro Se Mediation Program

1

As such, the parties jointly request that the case be referred to Magistrate Judge Vadas or Magistrate Judge Kellison and the Pro se Mediation Program to explore settlement in this case.

IT IS SO STIPULATED.

Date:_____

By: _____
Timothy Watts
Plaintiff in Pro Per

EDMUND G. BROWN JR.
CA ATTORNEY GENERAL'S OFFICE

Date:_____

By: _____
Rebecca L. Bach
Deputy Attorney General
Attorneys for Flint, Till and Moore

**ORDER**

Based on the foregoing stipulation, the Court refers this case to Magistrate Judge Vadas and the Pro Se Mediation Program for a possible settlement of this case. Since the entry of the stipulation, the court understands that the parties desire to have this conference before Judge Vadas.

IT IS SO ORDERED.

Date: November 24, 2008

/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
UNITED STATES DISTRICT COURT

watt2783.med