IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

      Plaintiff,                        No. CIV S-07-2783 FCD GGH P

   vs.

R. MOORE, et al.,

      Defendants.              ORDER

/

          Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This matter now proceeds against two defendants, Flint and Till, as R. Moore, now deceased, has been dismissed. See Order, filed on May 8, 2009. This matter was referred, on November 24, 2008, for mediation pursuant to a stipulation of the parties, but in a report by Judge Vadas, filed on December 31, 2008, at a December 8, 2008, settlement conference the parties were found to be "unable to reach an agreement at this time." A scheduling order issued on March 31, 2009, setting forth discovery and pretrial motion deadlines, which remain in effect.

          Plaintiff, evidently having received his latest M.R.I. results and apparently having made the findings available to defendants, has subsequently requested that settlement negotiations resume before Judge Vadas. Defendants are now directed to inform the court, within ten (10) days, whether they believe it would be fruitful to pursue any further negotiations

1

at this point in a further effort to settle this matter before the litigation advances.

Accordingly, IT IS ORDERED that:

1. Defendants are to inform the court, within ten (10) days, whether they believe resuming settlement negotiations would be appropriate in this case and whether they wish to participate in a further settlement conference;

2. At this time, plaintiff's June 1, 2009 (docket # 25), motion to engage in a further settlement conference is denied without prejudice and pending defendants' response; and

2. The discovery and pretrial dispositive motion deadlines set forth in the scheduling order, filed on March 31, 2009 (docket # 22), remain in effect.

DATED: June 11, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
watt2783.ord