UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

        Plaintiff,        No. CIV S-07-2783 FCD GGH P

  vs.

R. MOORE, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        Timothy Watts, inmate # C-55600, a necessary and material witness in a scheduled mediation conference in this case on August 18, 2009, is confined in California State Prison Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002, in the custody of Warden James Walker; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge Vadas at California State Prison, Solano, 2100 Peabody Road, P.O. Box 4000, Vacaville, California, 95696-4000 on August 18, 2009 at 3:00 p.m.[1]

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a mediation conference at the time and place above, and from day to day until completion of court proceedings or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, James Walker, California State Prison, Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671-0002:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Vadas at California State Prison Solano at the time and place above, and from day to day until completion of the proceedings or as ordered by Judge Vadas; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 25, 2009        /s/ Gregory G. Hollows

        GREGORY G. HOLLOWS
        UNITED STATES MAGISTRATE JUDGE

GGH:009/mp; watt2783.841

---

[1] This writ is issued at defendants' request, filed on June 16, 2009.