IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY WATTS,

        Plaintiff,                       No. CIV S-07-2783 FCD GGH P

   vs.

R. MOORE, et al.,

        Defendants.             <u>ORDER</u>

_____/

        In response to the <u>Order</u>, filed on June 12, 2009, defendants indicate they do not oppose plaintiff's request for a resumption of efforts to mediate/settle this matter.  Defendants request that a further mediation take place on Tuesday, August 18, 2009, at 3:00 p.m. at California State Prison-Solano (CSP-Sol), and ask that the court issue a writ for plaintiff's presence at the mediation.  Court staff has determined that a place has been reserved on Judge Vadas' calendar for the mediation of this matter at the time and place identified by defendants' counsel.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's June 1, 2009 (docket # 25), motion to engage in a further settlement conference, previously denied without prejudice pending defendants' response, is now GRANTED;

1

2. This matter is hereby set for a mediation/settlement conference on Tuesday, August 18, 2009, at 3:00 p.m., at California State Prison-Solano (CSP-Sol);

3. Pursuant to defendants' June 16, 2009 (docket # 27) request, a writ of habeas corpus ad testificandum for plaintiff's attendance at the conference will issue separately; and,

4. While the deadlines may be rendered moot following the further mediation/settlement conference, at this time the discovery and pretrial dispositive motion cut-off dates set forth in the scheduling order, filed on March 31, 2009 (docket # 22), remain in effect.

DATED: June 25, 2009              /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
watt2783.ord2

2