EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
REBECCA L. BACH, State Bar No. 196635
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205
 Email: Rebecca.Bach@doj.ca.gov

Attorneys for Defendants Flint, Till, and Moore

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **TIMOTHY WATTS,** | 2:07-cv-02783-FCD-GGH |
| Plaintiff, | **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| **R. MOORE, et al.,** | Fed. R. Civ. P. 41(a)(1)(ii) |
| Defendants. | |

///
///
///
///
///
///
///
///

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE
1

1  IT IS STIPULATED that, under Federal Rule of Civil Procedure 41(a)(1)(ii), the above
2  entitled action shall be dismissed with prejudice as to all Defendants.

4  Dated:   August 18, 2009

*/s/ Timothy Watts*
Timothy Watts (C-55600)
Plaintiff

8  Dated:   August 18, 2009

*/s/ Rebecca L. Bach*
Rebecca L. Bach
Deputy Attorney General
Attorneys for Defendants

12      IT IS SO ORDERED.

14  Dated: August 31, 2009        /s/ Gregory G. Hollows
                                  _____
                                  U.S. MAGISTRATE JUDGE

watt2783.dsm

STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE

2