IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS,<br><br>Plaintiff,<br><br>v<br><br>R. MOORE, et al.,<br><br>Defendants. | Case No C 07-2783 FCD GGH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on 8/18/09. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Rebecca Bach

☒ Other: California Department of Corrections and Rehabilitation, Jason Gatchalian

1
2  (2)  The following individuals, parties, and/or representatives did not appear:
3  (3)  The outcome of the proceeding was:
4      ☒ The case has been completely settled.
5      ☐ The case has been partially resolved and, on or before
6  _____, counsel for defendants shall file a joint stipulation specifying
7  those claims which have been resolved and those that remain to be resolved by the Court.
8      ☐ The parties agree to an additional follow up settlement on
9  _____.
10     ☐ The parties are unable to reach an agreement at this time.
11
12 Date: 9/15/09                              _____
                                              Nandor J Vadas
13                                            United States Magistrate Judge
                                              Sitting by Designation

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Watts | No. C 07-2783 |
| v. | CERTIFICATE OF SERVICE |
| Moore | |
| _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/16/09, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Timothy Watts**
C-55600
FSP-1
California State Prison Sacramento
PO Box 290066
Represa, CA 95671-0066

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3